FILED by __NF__ D.C.

Sep 27, 2018

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. –MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**18-20773-CR-WILLIAMS/TORRES**
Case No. _____

18 U.S.C. § 1957
18 U.S.C. § 982(a)(1)

**UNITED STATES OF AMERICA**

vs.

**JEROME ALLEN,**

        **Defendant.**
_____/

## INFORMATION

The United States Attorney charges that:

**MONEY LAUNDERING
(18 U.S.C. § 1957)**

On or about December 1, 2014, in Miami-Dade County, in the Southern District of Florida, and elsewhere, the defendant,

**JEROME ALLEN,**

did knowingly engage and attempt to engage in a monetary transaction by, through, and to a financial institution, affecting interstate and foreign commerce, in criminally derived property of a value greater than $10,000, that is, the deposit, withdrawal, and transfer of funds, such property having been derived from a specified unlawful activity.

It is further alleged that the specified unlawful activity is wire fraud, in violation of Title 18, United States Code, Section 1343.

In violation of Title 18, United States Codes, Sections 1957 and 2.

**FORFEITURE**
**(18 U.S.C. § 982(a)(1))**

The allegations of this Information are re-alleged and by this reference fully incorporated herein for the purpose of alleging forfeiture to the United States of certain property in which the defendant, **JEROME ALLEN,** has an interest. Upon conviction of the violation of Title 18, United States Code, Section 1957, alleged in this Information, the defendant shall forfeit to the United States, any property, real or personal, involved in such offense, or any property traceable to such property.

All pursuant to Title 18, United States Code, Section 982(a)(1), and the procedures set forth in Title 21, United States Code, Section 853, made applicable by Title 18, United States Code, Section 982(b)(1).

ARIANA FAJARDO ORSHAN
UNITED STATES ATTORNEY
SOUTHERN DISTRICT OF FLORIDA

DANIEL BERNSTEIN
ASSISTANT UNITED STATES ATTORNEY

JOSEPH S. BEEMSTERBOER
DEPUTY CHIEF
CRIMINAL DIVISION, FRAUD SECTION
U.S. DEPARTMENT OF JUSTICE

DREW BRADYLYONS
ELIZABETH YOUNG
TRIAL ATTORNEYS
CRIMINAL DIVISION, FRAUD SECTION
U.S. DEPARTMENT OF JUSTICE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

v.

JEROME ALLEN,
         Defendant.
_____/

CASE NO. _____

**CERTIFICATE OF TRIAL ATTORNEY***

Superseding Case Information:

**Court Division:** (Select One)

__X__ Miami    ____ Key West
____ FTL    ____ WPB   ____ FTP

New Defendant(s)    Yes ____   No ____
Number of New Defendants ____
Total number of counts ____

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter: (Yes or No)   No
   List language and/or dialect   _____

4. This case will take   0   days for the parties to try.

5. Please check appropriate category and type of offense listed below:

   (Check only one)        (Check only one)

   I    0 to 5 days    __X__    Petty    ____
   II   6 to 10 days   ____    Minor   ____
   III   11 to 20 days   ____    Misdem.   ____
   IV   21 to 60 days   ____    Felony   __X__
   V    61 days and over

6. Has this case been previously filed in this District Court? (Yes or No)   No
   If yes:
   Judge: _____    Case No. _____
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter? (Yes or No)   No
   If yes:
   Magistrate Case No. _____
   Related Miscellaneous numbers: _____
   Defendant(s) in federal custody as of _____
   Defendant(s) in state custody as of _____
   Rule 20 from the District of _____
   Is this a potential death penalty case? (Yes or No)   No

7. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to October 14, 2003?   Yes ____   No _X_

ELIZABETH YOUNG
DOJ TRIAL ATTORNEY
Court ID No. A5501858

*Penalty Sheet(s) attached                                   REV 5/3/17

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name:** JEROME ALLEN

**Case No:**

Count #: 1

Title 18, United States Code, Section 1957

Money Laundering

**\*Max Penalty**: Ten (10) years' imprisonment.

Count #:

**\*Max Penalty**:

Count #:

\*Max Penalty:

Count #:

\*Max Penalty:

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

FILED by \_\_\_**NF**\_\_\_ D.C.

Sep 27, 2018

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. – MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 18-20773-CR-WILLIAMS/TORRES

18 U.S.C. § 1957
18 U.S.C. § 982(a)(1)

UNITED STATES OF AMERICA

vs.

JEROME ALLEN,

        Defendant.

_____/

## INFORMATION

The United States Attorney charges that:

**MONEY LAUNDERING**
**(18 U.S.C. § 1957)**

On or about December 1, 2014, in Miami-Dade County, in the Southern District of Florida, and elsewhere, the defendant,

**JEROME ALLEN,**

did knowingly engage and attempt to engage in a monetary transaction by, through, and to a financial institution, affecting interstate and foreign commerce, in criminally derived property of a value greater than $10,000, that is, the deposit, withdrawal, and transfer of funds, such property having been derived from a specified unlawful activity.

It is further alleged that the specified unlawful activity is wire fraud, in violation of Title 18, United States Code, Section 1343.

In violation of Title 18, United States Codes, Sections 1957 and 2.

## FORFEITURE
## (18 U.S.C. § 982(a)(1))

The allegations of this Information are re-alleged and by this reference fully incorporated herein for the purpose of alleging forfeiture to the United States of certain property in which the defendant, **JEROME ALLEN**, has an interest. Upon conviction of the violation of Title 18, United States Code, Section 1957, alleged in this Information, the defendant shall forfeit to the United States, any property, real or personal, involved in such offense, or any property traceable to such property.

All pursuant to Title 18, United States Code, Section 982(a)(1), and the procedures set forth in Title 21, United States Code, Section 853, made applicable by Title 18, United States Code, Section 982(b)(1).

_____
ARIANA FAJARDO ORSHAN
UNITED STATES ATTORNEY
SOUTHERN DISTRICT OF FLORIDA

_____
DANIEL BERNSTEIN
ASSISTANT UNITED STATES ATTORNEY


JOSEPH S. BEEMSTERBOER
DEPUTY CHIEF
CRIMINAL DIVISION, FRAUD SECTION
U.S. DEPARTMENT OF JUSTICE


_____
DREW BRADYLYONS
ELIZABETH YOUNG
TRIAL ATTORNEYS
CRIMINAL DIVISION, FRAUD SECTION
U.S. DEPARTMENT OF JUSTICE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

v.

JEROME ALLEN,
             Defendant.
_____/

CASE NO. _____

## CERTIFICATE OF TRIAL ATTORNEY*

Superseding Case Information:

**Court Division:** (Select One)

  X  Miami    ____ Key West
  ____ FTL    ____ WPB    ____ FTP

New Defendant(s)    Yes ____    No ____
Number of New Defendants    ____
Total number of counts    ____

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter: (Yes or No)   No
   List language and/or dialect   _____

4. This case will take   0   days for the parties to try.

5. Please check appropriate category and type of offense listed below:

(Check only one)

| | | | (Check only one) | |
|---|---|---|---|---|
| I | 0 to 5 days | X | Petty | ____ |
| II | 6 to 10 days | ____ | Minor | ____ |
| III | 11 to 20 days | ____ | Misdem. | ____ |
| IV | 21 to 60 days | ____ | Felony | X |
| V | 61 days and over | ____ | | |

6. Has this case been previously filed in this District Court? (Yes or No)   No
If yes:
Judge: _____    Case No. _____
(Attach copy of dispositive order)
Has a complaint been filed in this matter?  (Yes or No)   No
If yes:
Magistrate Case No. _____
Related Miscellaneous numbers: _____
Defendant(s) in federal custody as of _____
Defendant(s) in state custody as of _____
Rule 20 from the District of _____
Is this a potential death penalty case? (Yes or No)   No

7. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to October 14, 2003?   Yes ____   No X

_____
ELIZABETH YOUNG
DOJ TRIAL ATTORNEY
Court ID No. A5501858

*Penalty Sheet(s) attached                                      REV 5/3/17

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name:** _____ **JEROME ALLEN** _____

**Case No:** _____

Count #:   1

___Title 18, United States Code, Section 1957_____

___Money Laundering_____

**\*Max Penalty**:    Ten (10) years' imprisonment.

Count #:


**\*Max Penalty**:

Count #:


**\*Max Penalty:**

Count #:


**\*Max Penalty:**

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**