UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 18-20773

UNITED STATES OF AMERICA

vs.

JEROME ALLEN,

          Defendant.
_____/

## STIPULATED FACTUAL BASIS
## IN SUPPORT OF GUILTY PLEA

JEROME ALLEN (hereinafter referred to as the "defendant" or "Allen") hereby acknowledges that, had this case proceeded to trial, the United States would establish the following facts beyond a reasonable doubt:

On or about December 1, 2014, in Miami-Dade County, in the Southern District of Florida, and elsewhere, Allen (1) knowingly engaged and attempted to engage in a monetary transaction— i.e., a withdrawal, transfer, and exchange of funds through a financial institution in a way that affected interstate commerce—that (2) Allen knew involved property and funds that were the proceeds of some criminal activity, and (3) the property and funds had a value of more than $10,000 and (4) the property and funds were, in fact, proceeds of, *inter alia*, the wire fraud conspiracy alleged in the information.

Specifically, on or about December 1, 2014, a bank account controlled by Allen (which was located outside the Southern District of Florida) received $18,000 via interstate wire from a bank account located in the Southern District of Florida. The $18,000 was wired from a bank account ending in 8607—an account controlled by Philip Esformes ("Esformes")—to a bank

1

account ending in 1365—an account controlled by Allen which was opened for the purpose of receiving and concealing payments from Esformes. On January 15, 2015, the defendant withdrew $11,000 from the account ending in 1365, knowing that the $11,000 were proceeds of criminal activity.

The defendant knew that these funds were the proceeds of a specified unlawful activity because at the time the defendant received the $18,000 payment—and certain additional payments by Esformes—he was employed by University 1, and owed University 1 a duty of honest services. These payments were agreed to and accepted in exchange for the defendant improperly using his position to recommend that Individual 1 be admitted to University 1. Were it not for these payments, the defendant would not have used his position to recommend that Individual 1 be admitted to University 1. The government would also have been able to prove that University 1 received in excess of $10,000 under a federal program involving a grant, contract or other form of public assistance during the one year period between November 1, 2014 and November 1, 2015.

The preceding statement is a summary, made for the purpose of providing the Court with a factual basis for a guilty plea to the charges against me. It does not include all the facts known to me concerning criminal activity in which I and others engaged. I make this statement knowingly and voluntarily because I am in fact guilty, as charged in the Information.

Date: 7/5/18

_____  10/3/18
JEROME ALLEN
Defendant

Date: 7/5/18

_____  RSS 10/3/18
RONALD S. SULLIVAN, ESQ.
COUNSEL FOR JEROME ALLEN

2