UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 18-20773-Cr-Williams

UNITED STATES OF AMERICA,

vs.

JEROME ALLEN,

        Defendant.
_____/

## ORDER OF FORFEITURE

**WHEREAS**, on October 3, 2018, the defendant, **JEROME ALLEN**, pleaded guilty to the Information [ECF No. 1] in this cause and, as part of his Plea Agreement [ECF No. 10], agreed to the entry of a forfeiture money judgment against her for $18,000 (US); and

**WHEREAS**, the United States has submitted a proposed Order of Forfeiture reflecting the entry of a forfeiture money judgment against the defendant for $18,000 (US); and

**WHEREAS**, Fed. R. Crim. P. 32.2(c)(1) provides that "no ancillary proceeding is required to the extent that forfeiture consists of a money judgment,"

**NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that a forfeiture money judgment for $18,000 (US) is entered against the defendant as part of his sentence pursuant to 18 U.S.C. § 982(a)(1) and Fed. R. Crim. P. 32.2(b)(1); and

**IT IS FURTHER ORDERED** that the United States District Court shall retain jurisdiction in this matter for the purpose of enforcing this Order of Forfeiture; and

**IT IS FURTHER ORDERED** that the United States may, at any time, file a motion pursuant to Fed. R. Crim. P. 32.2(e) to amend this Order of Forfeiture so to as forfeit substitute property having a value not to exceed the aggregate sum of the outstanding balance of the forfeiture

money judgment imposed herein in satisfaction of the forfeiture money judgment in whole or in part; and

**DONE AND ORDERED** at Miami, Florida on this 15 day of April 2019.

```
_____
KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE
```