UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case Number: 18-CR-20773-WILLIAMS

**UNITED STATES OF AMERICA,**

vs.

**JEROME ALLEN,**

    **Defendant.**

_____/

### GOVERNMENT'S MOTION FOR DOWNWARD DEPARTURE PURSUANT TO 5K1.1 OF THE UNITED STATES SENTENCING GUIDELINES

The United States moves to reduce the sentence of Defendant Jerome Allen ("Allen") pursuant to Rule 5K1.1 of the United States Sentencing Guidelines ("USSG"):

1. On September, 27, 2018, Allen was charged by information in this case.

2. On October 3, 2018, Allen pleaded guilty to the information, which charged him with laundering more than $10,000 in proceeds of wire fraud.

3. Allen provided the Government with substantial assistance and, as a result of this substantial assistance, the Government recommends a forty-five percent reduction in his sentence from the low end of his Guidelines range of 8 months, which results in an approximately 4 month reduction, for a final sentence of 4 months.

Dated:  June 30, 2019                    Respectfully submitted,

                                                             ROBERT ZINK, ACTING CHIEF
                                                             CRIMINAL DIVISION, FRAUD SECTION
                                                             U.S. DEPARTMENT OF JUSTICE

ARIANA FAJARDO ORSHAN
UNITED STATES ATTORNEY

*/s/ Elizabeth Young*
Elizabeth Young (FL Bar #A5501858)
Trial Attorneys
Elizabeth.Young@usdoj.gov
United States Department of Justice
Criminal Division, Fraud Section
1400 New York Avenue, N.W.
Washington, D.C. 20005
Telephone: (202) 262-7650

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on June 30, 2019, I electronically filed the foregoing document with the Clerk of Court using CM/ECF.

/s/ Elizabeth Young
DOJ Trial Attorney